AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK, U.S. DISTRICT COURT

7/25/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MMC _____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

07/25/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ KL _____ DEPUTY

United States of America

v.

FERNANDO FLORES,

Defendant.

Case No.  2:25-MJ-04650-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about July 23, 2025, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assault of a Federal Officer |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

/s/
_____
Complainant's signature

Timothy Rivero, Special Agent
_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:    July 25, 2025

*Alicia G. Rosenberg*
_____
Judge's signature

City and state:   Los Angeles, California

Hon. Alicia G. Rosenberg, U.S. Magistrate Judge
_____
Printed name and title

AUSA: Yervant P. Hagopian x0732

## AFFIDAVIT

I, Timothy Rivero, being duly sworn, declare and state as follows:

### I.  INTRODUCTION

1.    I am a Senior Special Agent with the Department of Homeland Security – Federal Protective Services ("FPS") and have been so employed since October 2003.  As a Special Agent, my official duties are to investigate crimes against the United States including its properties and employees.  Specifically, I investigate assault and threats on government officials, theft and depredation of government property, impersonation of government officials, arson, prohibited firearm possession on government property, and narcotic-related offenses.  Since 2003, I have conducted numerous criminal investigations including assaults on government officials, threats against federal officials and depredation of government property.  From 1997 to July 2003, I was a uniformed law enforcement officer with FPS. In that position, I conducted all matters related to law enforcement including investigating assaults on federal officials and contractors.

2.    At the Federal Law Enforcement Training Center ("Academy") in Glynco, Georgia, I received training in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, arrest warrant affidavits, criminal complaints, and probable cause.  The Academy covered all aspects of federal led investigations, including but not limited to drug

investigations, identification of controlled substances, physical and electronic surveillance, utilization of confidential sources, interview techniques, undercover operations, physical surveillance, constitutional rights, the execution of search warrants, and working with confidential sources.

## II. <u>PURPOSE OF AFFIDAVIT</u>

3.    This affidavit is made in support of a criminal complaint and arrest warrant against Fernando FLORES ("FLORES") for violating 18 U.S.C. § 111(a)(1), Assault of a Federal Officer.

4.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## III. <u>STATEMENT OF PROBABLE CAUSE</u>

5.    Based on my interview of FLORES and review of written statements of victim A.M. and witness J.A., I know the following:

a.    On July 23, 2025, at approximately 10:02 p.m., and near the intersection of Alameda and Commercial Streets in

3

Los Angeles, California, an individual later identified as Fernando FLORES ("FLORES") approached and cursed at five Bureau of Prisons ("BOP") officers, including A.M. and J.A., after the officers departed from Metropolitan Detention Center. During the encounter, FLORES shoved A.M. and grabbed A.M.'s backpack as A.M. attempted to escape. A.M. demanded that FLORES refrain from touching her; in response, FLORES said, "I'll touch whoever the fuck I want bitch." Officers A.M. and J.A., each provided written statements detailing the foregoing encounter.

b.    On July 24, 2025, at approximately 1:05 a.m., I interviewed FLORES. I provided FLORES his Miranda warnings, which he understood and waived. FLORES verified his full name, address, date of birth and Social Security Number. FLORES said he was protesting at Alameda and Aliso Streets immediately before the aforementioned encounter. FLORES added, "I was just talking shit because I thought they were ICE[1] Agents. I thought that they worked here[2] you know, because I think they were ICE Agents." FLORES recognized that the group had uniforms, which bore their names. FLORES continually denied touching or assaulting A.M. or any other individual among the group: "I was just talking shit to Agents coming out." Officer A.M. identified FLORES as her assailant based on FLORES' facial features and clothing.

---

[1] Immigration and Customs Enforcement (ICE).

[2] Roybal Federal Building & Court House, which is exclusive jurisdiction federal property.

## IV. <u>CONCLUSION</u>

6.    For all the reasons described above, there is probable cause to believe that FLORES has committed a violation of 18 U.S.C. § 111(a)(1) (Assault of a Federal Officer), and that there is evidence of violation 18 U.S.C. § 111(a)(1), as described within this affidavit.


/s/
_____
Timothy Rivero,
Senior Special Agent
Department of Homeland Security
Federal Protective Service


Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 25th day of
July, 2025.

_____
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE